THE EAST NEW YORK AND JAMAICA RAILROAD COMPANY, Respondent, *v.* JAMES H. ELMORE, Appellant.

(Argued May 30, 1872; decided June 20, 1872.)

*Samuel Hand* for the appellant.

*John E. Parsons* for the respondent.

Agree to affirm. No opinion.
Judgment affirmed.

---

MARY C. MAITLAND, Executrix, etc., et al., Appellants, *v.* AMELIA M. WHITLOCK, Respondent.

(Argued June 10, 1872; decided June 20, 1872.)

*Ashbel Green* for the appellants.

*G. M. Speir* for the respondent.

Agree to affirm. No opinion.
Judgment affirmed.